IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIPLA LTD. and CIPLA USA, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. _____ |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| AMGEN INC., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiffs Cipla Ltd. and Cipla USA, Inc. (collectively, "Cipla"), by their attorneys, for their complaint in this action allege:

### PARTIES AND JURISDICTION

1. Plaintiff Cipla Ltd. is a corporation organized and existing under the laws of India, having its principal place of business at Cipla House, Peninsula Business Park, Ganpatrao Kadam Marg, Lower Parel, Mumbai – 400013, Maharashtra, India.

2. Plaintiff Cipla USA, Inc. is a corporation organized and existing under the laws of Delaware, having its principal place of business at 1560 Sawgrass Corporate Pkwy., Suite 130, Sunrise, FL 33323.

3. Defendant Amgen Inc. ("Amgen") is a corporation organized and existing under the laws of Delaware, having its principal place of business at One Amgen Center Drive, Thousand Oaks, California 91320-1799.

4. This action arises under ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

5. The Court has subject matter jurisdiction to hear this action under at least ██

████████████████████

## FIRST CLAIM FOR RELIEF

████████████████████

6. Amgen markets and sells SENSIPAR®, a pharmaceutical product whose active pharmaceutical ingredient is a compound commonly known as cinacalcet hydrocholoride (HCL).

7. Cinacalcet hydrochloride is in the public domain under expired United States Patent No. 6,011,068.

8. On August 24, 2018, this court entered a final judgment in Case No. 16-853-MSG (the "Watson Final Judgment").

9. The Watson Final Judgment states in part: "A judgment of NON-INFRINGEMENT of claims 1-6 and 8-20 of the '405 patent is hereby entered in favor of Watson and against Amgen."

10. On or about December 27, 2018, third-party Teva Pharmaceuticals USA, Inc. ("Teva") commenced sales in United States commerce of pharmaceutical products comprising cinacalcet hydrochloride (collectively, the "Teva Products"), including products bearing labels exemplified by the label reproduced below:



11. Under the Watson Final Judgment, sales of the Teva Products were and are outside the scope of United States Patent No. 9,375,405 B2 (the "'405 Patent").

12. As of December 27, 2018, Amgen and Teva were direct horizontal competitors in

2

the sale of pharmaceutical products comprising cinacalcet hydrochloride.

13. Pharmaceutical products comprising cinacalcet hydrochloride have pharmacological properties which differentiate them from other drugs for treating hyperparathyroidism (HPT) and enable sellers of such products to earn supra-competitive profits on their sale.

14. Between December 27, 2018, and January 2, 2019, Teva sold hundreds of millions of dollars' worth of Teva Products in United States commerce.

15. On or about January 2, 2019, Amgen and Teva entered into an agreement (the "Amgen-Teva Agreement").

16. The ███████████████████████████████████████████████████████████████████████████

17. The ███████████████████████████████████████████████████████████████████████████

18. The ███████████████████████████████████████████████████████████████████████████

19. The ███████████████████████████████████████████████████████████████████████████

20. The ███████████████████████████████████████████████████████████████████████████

21. The ███████████████████████████████████████████████████████████████████████████

■

22. The ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

23. Cipla and Amgen are parties to a Litigation Settlement Agreement dated February 26, 2018 (the "Amgen-Cipla Agreement").

24. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

25. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

26. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

27. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

28. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

29. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

30. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

31. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

32. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■

**SECOND CLAIM FOR RELIEF**

■■■■■■■■■■■■■■■■

33. Paragraphs 1-32, above, are realleged and incorporated by reference as if set forth in full.

34. Pharmaceutical products comprising cinacalcet hydrochloride ■■■■■■■ ■■■■■■■■■■■■■■■■■■■■■■■■

35. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ ■■■■■■■■■■■■■■■■■■■■■■■.

36. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■.

37. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ ■■■■■■■■■■■■■■■

38. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ ■■■■■■■■■■■■■■■

39. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ ■■■■■■■■■■■■■■■■■■■■■■■■■

40. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

41. ████████████████████████████████████████████████████
████████████████████████████████████████████████████
████

### THIRD CLAIM FOR RELIEF
████████████████████████████████

42. Paragraphs 1-41, above, are realleged and incorporated by reference as if set forth in full.

43. ████████████████████████████████████████████████████
████████████

44. ████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████.

45. ████████████████████████████████████████████████████
████████████████████████████████████████

### FOURTH CLAIM FOR RELIEF
████████████████████████████████

46. Paragraphs 1-45, above, are realleged and incorporated by reference as if set forth in full.

47. ████████████████████████████████████████████████████
██████████████████████████████.

48. ████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████.

49. ████████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray that the Court:

    a.    Declare, adjudge, and decree that █████████████████████████████████████████████████

    b.    Declare, adjudge, and decree that █████████████████████████████████████████████████████████████████████

    c.    Declare, adjudge, and decree that █████████████████████████████████████

    d.    Declare, adjudge, and decree that ████████████████████████████

    e.    Declare, adjudge, and decree that █████████████████████████████████████████████████████████████

    f.    Award Cipla compensatory damages, including pre- and post-judgment interest, as provided by law;

    g.    Award Cipla treble damages as provided by law; and

    h.    Award Cipla such other and further relief as the Court may deem just and proper.

Dated: January 8, 2019

Of Counsel:

James W. Dabney
Patrice P. Jean
Dina Hoffer
Deanne K. Cevasco
David E. Lansky
Lynn M. Russo
HUGHES HUBBARD & REED LLP

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Sue L. Robinson (Bar No. 100658)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300 (Telephone)

One Battery Park Plaza
New York, NY 10004
(212) 837-6803
james.dabney@hugheshubbard.com
patrice.jean@hugheshubbard.com
dina.hoffer@hugheshubbard.com
deanne.cevasco@hugheshubbard.com
david.lansky@hugheshubbard.com
lynn.russo@hugheshubbard.com

(302) 777-0301 (Facsimile)
srobinson@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*