IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CIPLA LTD. and CIPLA USA, INC.,     )
     )
         Plaintiffs,     )
     )
         v.     )     C.A. No. 19-44 (LPS)
     )
AMGEN INC.,     )     **CONFIDENTIAL**
     )     **FILED UNDER SEAL**
         Defendant.     )

## DECLARATION OF ROBERT G. CUNARD

1.     I Robert G. Cunard have been retained by counsel for Plaintiffs on behalf of Cipla Limited, and Cipla USA, Inc. I submit this declaration in support of Cipla's claims against Amgen Inc.

2.     The following is a brief summary of my background and qualifications.  My background and qualifications are more fully set out in my resume, attached as **Exhibit A**.

3.     I hold a B.A. in business economics from the University of Pittsburgh.

4.     I am currently an operating partner for HealthEdge Investment Partners, LLC, a healthcare focused private equity investment group based in Tampa, Florida.

5.     In conjunction with HealthEdge Investment Partners, I am also currently Chief Executive Officer and Lead Director of the Columbus Medical Services, LLC. located in Wayne, Pennsylvania, a company invested in by HealthEdge Investment Partners. Columbus Medical Services, LLC is a behavioral health company specializing in case management, staffing and consulting services for individuals with intellectual and developmental disabilities, the people and institutions that serve them.

6.     I have held various positions in the pharmaceutical industry since 1991.  I was a

1

Pharmaceutical Buyer for Value Drug Company and Rite Aid Corporation during the 1990's. From August 1999 to May 2006, I was the Senior Vice President of Marketing & Strategic Development; Vice President of Marketing, Director and Manager of Pricing & Contracts. From May 2006 to May 2009, I served as President and Senior Vice President of Commercial Operations of Glades Pharmaceuticals of Glades Pharmaceuticals, and Senior Vice President of Lifecycle Management of Stiefel Laboratories, the parent company of Glades Pharmaceuticals. From May 2009 to October 2011, I was Vice President of Sales at Teva Pharmaceuticals. From October 2011 to June 2017, I was Chief Executive Officer for Aurobindo Pharma USA, Inc.

7.      I have worked extensively in the Pharmaceutical Industry and have industry related knowledge pertinent to the documents and facts set forth herein. If called upon as a witness, I could testify to them competently under oath.

8.      I have been engaged by Hughes Hubbard & Reed LLP on behalf of Cipla Limited, and Cipla USA, Inc. for the current proceeding. For this work, I am being compensated at a rate of $350 per hour, plus reimbursement for related expenses. No part of my compensation is dependent on the outcome of this proceeding, and I have no other interest in this proceeding.

9.      I am in the process of compiling a complete list of the cases in which I have testified at trial or by deposition during the last 4 years. I will supplement this Declaration with an **Exhibit B** after I have conferred with counsel from those matters. I believe that all of the testimony I have provided in the past 4 years by deposition or at trial was on behalf of Aurobindo Pharma USA, Inc.

10.      In forming the statements made in this declaration and in forming my opinions, I have relied upon (1) my education, (2) my background and more than 27 years of experience working in the pharmaceutical industry, and (3) my consideration of documents produced in this case.

11.      I have reviewed and rely on the following documents for the statements and

opinions contained in this declaration: (1) The January 2, 2019 Teva-Amgen Agreement
(**Exhibit C**), December 29, 2018 email from Teva to Amgen ████████████████████
████████ (AM10788-0000001462) (**Exhibit D**), (3) The February 26, 2018 Amgen-Cipla
Agreement (**Exhibit E**), (4) publicly available information regarding Teva's December 27, 2018
At-Risk Launch and January 2, 2019 settlement related to generic Sensipar® tablets, and
publicly available information from Amgen regarding historical company and product
performance; and (5) other documents attached as exhibits to this declaration.

12.    As this case progresses, I expect to review additional documents. I may rely on
these documents, as well as other documents that have been marked as exhibits by the parties, or
any deposition or hearing testimony in this case to support my statements and opinions in this
litigation. I reserve the right to supplement this declaration in light of any additional materials,
including opinions expressed by other witnesses and/or other evidence that may be provided to
me after the submission of this declaration.

13.    I have reviewed the January 2, 2019 Amgen-Teva Agreement (**Exhibit C**). I also
have reviewed the February 26, 2018 Amgen-Cipla Agreement (**Exhibit E**).

14.    Based on my experience in this industry, it is common for discounts to be offered
to wholesalers and distributors, in the form of "Shelf Stock Adjustments" for previously sold
products if the price for a pharmaceutical decreases, for example if generic competition brings
down the price of a pharmaceutical product.

15.    In my opinion, Amgen and Teva are sharing monopoly level prices for Sensipar®
branded product and generic cinacalcet product as long as these companies continue to work in
concert to prevent other generic cinacalcet products from entering the market. It is my
understanding that ███████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████████
███████████████████████████████ In my opinion, this appears to be a planned

3

scheme between two companies to maintain an extremely high price for a pharmaceutical product.

16.    I have reviewed the publicly available Sensipar® 2017 pricing data (**Exhibit F**). Based on my experience in the commercialization of hundreds of generic / multi-source products and the corresponding typical cost of manufacturing oral solid dose tablets / capsules, estimated gross margin profits for Sensipar® are 90% or higher.

17.    For a product such as Sensipar, that was approved by the US FDA in 2004, research and development costs, as well as the early costs for sales and marketing have largely been recaptured, and as the product matures, the variable costs, such as material, labor, and overhead absorption for production as well as regulatory maintenance costs, which are minimal, because the most significant costs in commercializing the product, making proprietary products late in their patent lifecycle highly profitable.

18.    According to ███████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████. The January 12, 2017 pricing for Sensipar® (*see* **Exhibit F**) was as follows: $806.70 per bottle for the 30mg tablets, $1,613.40 per bottle for the 60mg tablets, and $2,420.10 per bottle for the 90mg tablets. Based on 2017 Sensipar® pricing information, the market value of Teva's bottles of generic cinacalcet product is ████████████████ prior to customary discounts, which could be in the range of 20-25%.

19.    Teva launched its generic cinacalcet product into a market where there was no generic competition.  This would likely have led Teva to price its product with only a small discount in relation to Amgen's Sensipar® product. Based on the January 12, 2017 pricing for Sensipar® and the quantity of generic cinacalcet product sold, I estimate the revenue generated by Teva during its brief Launch to be in the range of ███████████, the vast majority of which

would be profit to Teva.

20.    It is my understanding that  In other words,

Amgen benefits from this arrangement by maintaining its monopoly level profits by preventing other generics from entering the market.

21.    It is also my understanding that

demonstrating the enormous benefit to Amgen of simply keeping other generics from entering the market.

22.    The Amgen-Teva Agreement allows

23.    The ability to distribute generic products rapidly to retail and other pharmacy customers creates a competitive advantage and constrains the generic market for later generic entrants.

24.    The first generic to market occupies an "incumbent" position with wholesale, retail, and mail-order pharmacies, and provides the economic advantage of the "Shelf Stock Adjustment" to retain preferred generic placement.

25.    Cipla has approval from the U.S. Food and Drug Administration to market its

5

generic cinacalcet product. It is my understanding that Cipla ██████████████

████████████████████████████████████████████████████████████

██████████████ Based on 2017 Sensipar® pricing, I estimate the value of this product to be

in the range of ████████████████ if it was sold into ████████████████

██████

26.     Based on my experience, the value of Cipla's generic cincalcet product will be worth a fraction of its current value if there are generic competitors on the market when Cipla sells its product.

27.     It is my understanding that in a letter dated January 4, 2019, Amgen has threatened Cipla with "all remedies under the Cipla Agreement and under applicable law, including injunctive relief, breach of contract, treble damages, and sanctions" if Cipla launches a generic cinacalcet product.

28.     It is my understanding that Cipla has not entered the market to date because of Amgen's threats.

29.     It is my understanding that there are generic competitors to Cipla that have both FDA approval to market a generic cinacalcet product and a finding of non-infringement for the approved generic cinacalcet product.

30.     In my experience, generic market pricing in inversely proportional to the number of generic manufacturers and distributors marketing the product.     With each generic pharmaceutical entry into a market the price that can be charged is diminished which results in reduced profits for any subsequent generic entries. *See* **Exhibit G.**

31.     In my experience, Cipla would have a significantly more favorable market if it launched its generic cinacalcet product without other generic competition than if it waited until other generic competitors had entered the market.

32.     In my opinion, Amgen's threat puts Cipla in a situation where the entire Cipla US

business is in jeopardy with an at-risk launch, or hold launch and risk generic competitors entering the market and diluting the profit that Cipla would otherwise realize.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 25, 2019 in Wayne, Pennsylvania.

Robert G. Cunard

# EXHIBIT A

# Robert G. Cunard

45 Bowmans Drive West
New Hope, PA 18938
Cuna68@gmail.com
678.446.1057

**Experience:**

| | |
|---|---|
| **HealthEdge Investment Partners** | Tampa, FL |
| **Operating Partner** | |
| **January 2017 -** | |

Healthcare focused Private Equity investment group.

| | |
|---|---|
| **The Columbus Organization, Inc.** | Wayne, PA |
| **Chief Executive Officer, Lead Director** | |
| June 2017 - | |

Responsible for all business activities for a $35mm Behavioral Health company, specializing in Case Management, Staffing, and Behavioral Analysis.

| | |
|---|---|
| **Aurobindo Pharma USA, Inc.** | Dayton, NJ |
| **Chief Executive Officer** | |
| October 2011 – June 2017 | |

- Lead all Sales, Distribution, and U.S. Manufacturing activities, with P&L responsibility for a 250 employee, $1.0bn+ generic pharmaceutical business
- Coordinate U.S. Commercial and Supply Chain activities with India Manufacturing and Development Departments
- Manage US R&D, Manufacturing, and Distribution facilities, including capital expansion, regulatory compliance, financial management, etc.
- Expand investor outreach and messaging for the U.S. business to institutional and private investors

    Accomplishments:
    - Restructured Commercial Operations, Quality, Distribution / Logistics, and Information Technology Departments
    - Grew revenue from $140mm to $1.1bn
    - Became a top5 U.S. pharmaceutical supplier in total prescriptions during the first half of 2017 from ranking 27 during calendar 2011.
    - Established a U.S. Strategic Planning and Budgeting process
    - Implemented Oracle ERP and Vanguard forecasting systems.

| | |
|---|---|
| **Teva Pharmaceuticals** | North Wales, PA |
| **Vice President, Sales** | |
| May 2009 – October 2011 | |

- Led an 8 person National Account Team responsible for a $6 billion U.S. generic franchise
- Developed trade relations with key accounts for Teva's brand pharmaceutical franchises, including product placement, DSA negotiation, etc.
- Coordinated product introductions, maximizing market share, revenue, and profit
- Represented Teva with key trade organizations including NACDS, HDMA, and NCPA

Accomplishments:
- Integrated National Account teams following Barr acquisition
- Established a formalized process for account planning, setting short and long terms goals for growth

**Glades Pharmaceuticals / Stiefel Laboratories**                    Duluth, GA
**President, Glades Pharmaceuticals**
**Senior Vice President, Lifecycle Management, Stiefel Laboratories**
**Senior Vice President, Commercial Operations, Glades Pharmaceuticals**
May 2006 – May 2009

- Managed P&L and coordinated shared service operational functions for a 30 employee and $85 million U.S. generic dermatology business
- Identified, negotiated, and managed internal and external development projects
- Implemented improved forecasting tools and methodologies for new and existing products
- Established a New Product Selection Committee and identified prime targets for internal and external development
- Solicited outside funding through private equity and traditional financing for portfolio expansion
- Coordinated late lifecycle management activities with Stiefel Laboratories, brand parent company

Accomplishments:
- Divested non-strategic product assets to Perrigo, accelerating revenue and refocusing development and manufacturing resources
- Developed the business plan for a stand-alone Glades business, soliciting outside investment for a non-Dermatology generic company
- Developed a new generic pipeline utilizing strategic partnerships, CRO's, CMO's, and shared Stiefel resources.
- Lobbied to become a member of the GPhA Board of Directors, gaining a valuable voice for small generic manufacturers

**Mylan Pharmaceuticals Inc.**                    Morgantown, WV
**Senior Vice President, Marketing & Strategic Development**
**Vice President, Marketing**
**Director, Pricing & Contracts**
**Manager, Pricing & Contracts**
August 1999 – May 2006

- Initiated and managed a five year strategic planning process for the commercial organization
  - Revenue projections for new and existing products

- o Identification of alternatives for strategic gaps
- Expanded U.S. portfolio management
  - o Led Phase I & Phase II internal product selection
  - o Coordinated external business development activities
  - o Managed new product launches
- Managed a team of 40 +/- associates, including Directors of Pricing and Contracts, Marketing, Customer Service, and Pharmacy Affairs
- Represented the Sales and Marketing functions on IT and SAP Steering Committees
- Managed collectively with VP, Sales all quarterly net revenue and gross profit deliverables for a $1 billion U.S. generic franchise
- Championed the commercial requirements for supply chain initiatives such as RFID, ASN, product synchronization, etc.
- Executed Sales and Marketing due diligence requirements for M & A activities

Accomplishments:
- Developed pricing standardization across wholesale and distributor customers, saving in excess of $50mm annually
- Instituted a Pricing Committee to develop an approval process with Sales, Marketing, Finance, and Executive Management, improving transparency and forecasting accuracy
- Coordinated all launch activities, including customer targets, promotional, and pharmacy support for key launches including Fentanyl Transdermal, Extended Phenytoin Sodium, and Buspirone
- Represented Mylan and the generic industry in conjunction with GPhA in key government pricing initiatives with Federal and State authorities
- Acted as the company representative in numerous 30B6 depositions
- Integrated brand portfolio and sales support functions in Mylan following the closure of Mylan / Bertek Pharmaceuticals (brand)

**CompuSpirit, Inc.**                                                    Harrisburg, PA
**Technical Master, Microsoft Certified Systems Engineer (MSCE)**
1998 – 1999

- Acted as technical consultant to key Pennsylvania Department of Labor computer system implementations, including account management, user training, help desk management, and implementation team assembly and site management
- Led teams of up to 15 diverse technical experts in delivering client solutions
- Developed and implemented technology solutions for customers in a client – server environment

**Rite Aid Corporation**                                                 Camp Hill, PA
**Pharmaceutical Buyer**
1996 – 1998

- Managed all aspects of generic formulary selection and administration for a 3,500 store retail pharmacy chain
- Collaborated with pharmacy operations in managing retail operations, including new store openings, acquisition conversion, and changing state pharmacy requirements

- Coordinated all formulary consolidation activities through several acquisitions, including Thrifty-Payless, K&B, and Harco.
- Negotiated and administered pharmaceutical supplier and wholesaler direct to store delivery contracts
- Coordinated purchasing activities with retail reimbursement economics to maximize profitability
- Developed and administered retail market share and conversion programs

**Value Drug Company**                                                    Altoona, PA
**Pharmaceutical Buyer**
1991 – 1996

- Independently managed all purchasing and replenishment of brand and generic pharmaceutical product lines for a $350mm cooperatively owned wholesale drug distribution business
- Developed and managed a preferred generic portfolio
- Consolidated redundant generic product lines – reducing inventory, and maximizing negotiation leverage
- Developed and administered market share and conversion programs
- Participated in all aspects of wholesale pharmaceutical distribution and customer satisfaction

**Education:**

B.A. Business Economics, 1990        University of Pittsburgh, Johnstown, PA

Graduate Coursework (MBA)            Indiana University of Pennsylvania
                                     Pennsylvania State University

# EXHIBIT B

PLACEHOLDER

# EXHIBIT C

REDACTED

# EXHIBIT D

REDACTED

# EXHIBIT E

REDACTED

# EXHIBIT F

**30mg**

| Package Price | Effective |
|---|---|
| $806.70 | 1/12/2017 |
| $747.00 | 7/14/2016 |
| $691.50 | 1/14/2016 |
| $640.20 | 10/1/2015 |
| $592.80 | 5/1/2015 |
| $549.00 | 11/14/2014 |
| $518.10 | 6/6/2014 |
| $503.10 | 1/2/2014 |
| $465.90 | 7/19/2013 |
| $443.70 | 1/11/2013 |
| $427.80 | 7/12/2012 |

**60mg**

| Package Price | Effective |
|---|---|
| $1,613.40 | 1/12/2017 |
| $1,494.00 | 7/14/2016 |
| $1,383.00 | 1/14/2016 |
| $1,280.40 | 10/1/2015 |
| $1,185.60 | 5/1/2015 |
| $1,098.00 | 11/14/2014 |
| $1,036.20 | 6/6/2014 |
| $1,006.20 | 1/2/2014 |
| $931.80 | 7/19/2013 |
| $887.40 | 1/11/2013 |
| $855.60 | 7/12/2012 |

**90mg**

| Package Price | Effective |
|---|---|
| $2,420.10 | 1/12/2017 |
| $2,241.00 | 7/14/2016 |
| $2,074.50 | 1/14/2016 |
| $1,920.60 | 10/1/2015 |
| $1,778.40 | 5/1/2015 |
| $1,647.00 | 11/14/2014 |
| $1,554.30 | 6/6/2014 |
| $1,509.30 | 1/2/2014 |
| $1,397.70 | 7/19/2013 |
| $1,331.10 | 1/11/2013 |
| $1,283.40 | 7/12/2012 |

# EXHIBIT G




# RISING COSTS FOR PATENTED DRUGS DRIVE GROWTH OF PHARMACEUTICAL SPENDING IN THE U.S.



Request to Correct Drug Cost Growth and Pharmaceutical Expenditures ( 1 )

## BLUE CROSS BLUE SHIELD, THE HEALTH OF AMERICA REPORT

# EXECUTIVE SUMMARY

Analysis of a seven-year trend of utilization, price changes and overall spending shows that prescription drug spending has increased 10 percent annually for Blue Cross and Blue Shield (BCBS) members since 2010, an overall rise of 73 percent.[1] This upward trend is due to a small fraction of emerging, patented drugs with rapid uptake and large year-over-year price increases that are more than offsetting the continued growth in utilization of lower-cost generic drugs. These higher costs are being incurred by consumers and payers alike; while consumer out-of-pocket costs have risen just three percent annually for prescription drugs in total, they have risen 18 percent annually for patented drugs. Current trends suggest that this rapid rise in drug trend costs is likely to continue in future years.



**STUDY FOUND...**

Prescription drug spending for BCBS members

↑**10**% ANNUALLY | ↑**73**% IN 7 YEARS

UPWARD TREND DUE TO A SMALL FRACTION OF EMERGING, PATENTED DRUGS USED TO TREAT CHRONIC DISEASES.



Specific findings:

- Over the past seven years, generic drugs increased their share of total prescriptions filled from 66 percent to 82 percent, while brand drugs' share of total prescriptions declined from 34 percent to 18 percent.

- However, the rising cost of a narrow set of new drugs has resulted in the brand drug market maintaining 78 percent of total drug spending, roughly the same proportion it held in 2010.

- Specifically, the cost of brand drugs with patent protection and no generic alternatives—commonly referred to as single-source drugs—is rising at an average annual rate of 25 percent (and 285 percent since 2010), more than double the 10 percent average annual rate of spending for all drugs.

- These patent-protected single-source drugs now make up 63 percent of total drug spending, up from 29 percent of total spending in 2010, despite the fact that they comprise less than 10 percent of total prescriptions filled.

- After a lower-cost generic drug is introduced, the resulting increase in the number of generic manufacturers and the generic share of the market for that drug consistently yields a reduction in total spending within a drug class.

Many of the new brand drugs that are contributing to the rapid rise in drug spending can have life-changing health benefits by treating or managing serious conditions. However, the treatment benefits of these drugs can only be fully attained if they remain affordable over the long term.

1. The cost trends cited in this report are derived from Rx claims data and therefore do not include the impact of drug rebates but does include network discounts. Rebates vary by a number factors (e.g., market segment, insurer, manufacturer, etc). Reporting trend in this way is an industry and actuarial practice for commercial business.

Rising Cost of Prescription Drugs: Growth of Pharmaceutical Spending and Opportunities ( 2 )

# Drug Market Share – Brand Versus Generic

Despite significant increases in the adoption rate for generics, brand drugs still comprise a dominant share of overall drug spending. As Exhibit 1 shows, generics have expanded from 66 percent of all prescriptions in 2010 to nearly 82 percent in 2016. The drop in the share of brand drugs, however, has not lessened their contribution to total prescription drug spending. In fact, that contribution has increased slightly from 77 percent to 78 percent. As generics approach 90 percent of all prescriptions, their rate of increase in share will inevitably begin to slow down. As a result, their ability to offset the rising cost of brand drugs through share growth will diminish.



**EXHIBIT 1:** BRAND AND GENERIC SHARE OF PRESCRIPTIONS FILLED AND TOTAL SPENDING

| | SHARE OF UTILIZATION | | SHARE OF TOTAL SPENDING | |
|---|---|---|---|---|
| **TYPE OF DRUG** | **2010** | **2016** | **2010** | **2016** |
| **GENERIC** | 66% | 82% | 23% | 22% |
| **BRAND** | 34% | 18% | 77% | 78% |

The average yearly rate of change in drug utilization, prices and total spending illustrates how brand prescriptions maintain such a large proportion of total drug costs. Exhibit 2 shows that total spending for generics is increasing only because of utilization; although generic drug utilization is up by nine percent, prices for these drugs have remained fairly flat. Meanwhile, brand drugs show a very different dynamic. Utilization is down for all brand drugs, but unit price has increased by an average of 17 percent each year, leading to a total increase in spending of 10 percent.

**EXHIBIT 2:** AVERAGE RATES OF INCREASE – 2010 TO 2016

| TYPE OF DRUG | ANNUAL UTILIZATION[2] | ANNUAL UNIT PRICE | ANNUAL SPENDING[2] | CUMULATIVE SPENDING 2010 – 2016 |
|---|---|---|---|---|
| **GENERIC** | 9% | 0% | 9% | 64% |
| **BRAND** | -6% | 17% | 10% | 76% |
| **TOTAL** | 5% | 4% | 10% | 73% |

2. Note: Total spending is based on BCBS negotiated rates prior to any drug rebates. Only the first nine months of data were available for 2016. To create an estimate for the full year, the average difference in utilization and allowed spending between Oct. 1 through Dec. 31 and Jan. 1 through Sept. 30 in the six previous years were calculated and used to create an adjusted fourth quarter result. This was then added to the first nine months of 2016.

Realizing the Promise of Growth in Pharmaceutical Spending Trends                                                ( 3 )

# Brand Drugs: Mixed Drug Markets Versus Single-Source Drug Markets

The cost dynamic for brand drugs can be more clearly understood if the market for these drugs is segmented into two: "mixed markets," where brand drugs have a generic alternative, and "single-source markets," where only patent-protected drugs exist. Data show that the single-source drug market contributes to significant increases in prescription drug spending. As Exhibit 3 illustrates, brand drugs in mixed markets experienced a 12 percent decline in utilization, a three percent increase in unit price and an overall 10 percent decrease in total annual spending. By contrast, single-source drugs, which make up 49 percent of all brand prescriptions in 2016, are increasing at a substantial annual rate in terms of utilization and price, generating a 25 percent increase in total annual spending—more than double the rate of increase in spending on all drugs.

**EXHIBIT 3:** AVERAGE RATES OF INCREASE OF BRAND DRUGS – 2010-2016

| BRAND DRUG MARKETS | ANNUAL UTILIZATION | ANNUAL UNIT PRICE | ANNUAL SPENDING | CUMULATIVE SPENDING 2010 – 2016 |
|---|---|---|---|---|
| **MIXED-DRUG MARKET** (Both Brand & Generics Drugs) | -12% | 3% | -10% | -47% |
| **SINGLE-SOURCE MARKET** (Only Patented Drugs) | 7% | 17% | 25% | 285% |

The rapid rate of spending increase in this single-source market is highlighted in the two charts in Exhibit 4. The left-hand chart represents share of total prescriptions by the three drug categories (generics, mixed drug market and the single-source market). The chart at right represents the total prescription spending for these same three categories. While generic utilization continues to increase well above 80 percent of all prescriptions filled, it is the single-source market, which represents less than 10 percent of all prescriptions filled, that commands a majority of the total drug spending, increasing from 29 percent to 63 percent over the seven-year period. Given these trends, we can expect total spending attributable to the single-source drugs to continue to rise in the future, possibly at an even more rapid rate.

**EXHIBIT 4:** SHARE OF PRESCRIPTIONS AND TOTAL SPENDING IN THREE DRUG MARKETS



# The Single-Source Drug Market

Breaking down single-source drugs by broad drug group classifications as shown in Exhibit 5, reveals that a majority of drug groups had double digit price increases from 2010 to 2016, ranging from eight percent annually for patented asthma drugs to 30 percent for dermatological drugs.

**EXHIBIT 5:**  DRUG GROUP ANNUAL UNIT COST INCREASES AND SHARE OF SPEND

| DRUG GROUP* | ANNUAL UNIT COST INCREASE 2010 - 2016 (%) | SHARE OF SPEND 2015 (%) |
|---|---|---|
| SKIN CONDITION (Psoriasis, Eczema, Acne, etc.) | 30 | 3 |
| ANTIVIRALS (Hepatitis C, HIV) | 19 | 14 |
| HIGH CHOLESTEROL THERAPIES | 18 | 2 |
| CANCER | 17 | 5 |
| NEUROLOGICAL AGENTS (MS, Dementia, Alzheimer's, etc.) | 14 | 10 |
| DIABETES | 14 | 17 |
| ANTI-INFLAMMATORIES (Rheumatoid Arthritis, Inflammation, Pain, etc.) | 13 | 15 |
| ENDOCRINE/METABOLIC AGENTS (Growth Disorders, Thyroid Conditions, etc.) | 12 | 3 |
| STIMULANTS (ADHD, Narcolepsy, etc.) | 10 | 2 |
| ASTHMA | 8 | 5 |
| OTHER† | — | 24 |

* Drug groups were created using Medi-Span's Generic Product Identifier (GPI) classification system with group labels revised for readability.
† Category contains 76 other drug groups with <2% share of spending each.

The top 25 single-source drugs make up more than half of drug spending in this market. The list, presented in Exhibit 6, shows that nearly all had rapid year-over-year growth in both utilization and unit price, with annual spending increases well into double digits. As noted in the introduction, the high cost of these drugs needs to be weighed, on a case-by-case basis, against their potential effectiveness in treating or managing serious conditions.

Nearly half of these drugs (12 of 25, which are shaded in Exhibit 6) are considered "specialty drugs[5]". It is estimated that 17 of these drugs will have a long road to generic competition, and price relief is far from certain. Reasons for this delay include:

- Ten of these drugs have more than five years expected patent life remaining

- Four (Humira, Enbrel, Rebif, Stelara) are biologicals that, because of their complexity and complicated approval process, will be difficult and expensive for biosimilars to replicate. Biosimilars for Humira and Enbrel have already been approved, but launch has been delayed due to a variety of challenges, including manufacturing, interchangeability with the innovator product, uncertain market acceptance and unknown price savings

- Four (Lantus, Novolog, Levemir, Humalog) are insulins that have proven historically to be difficult to replace with generics due to their clinical and patent complexity

- Two (Lantus, Somatropin) have had other drug developers receive 505(b)(2) approval for new brand drugs that are similar to these established drugs but not true generics

As a result, low-cost generic alternatives to the majority of these drugs cannot be expected anytime soon.



**SPECIALTY DRUGS THAT HAVE A LONG ROAD TO GENERIC COMPETITION:**

| DRUG | ANTICIPATED GENERIC DRUG ENTRY TO MARKET |
|------|------------------------------------------|
| HUMIRA | < 5 YEARS |
| HARVONI | 15 YEARS |
| ENBREL | 2-12 YEARS |
| COPAXONE 40 | < 5 YEARS |
| REBIF | < 5 YEARS |
| TECFIDERA | 6-9 YEARS |
| ATRIPLA | < 5 YEARS |
| REVLIMID | < 5 YEARS |
| SOVALDI | > 10 YEARS |
| GILENYA | < 5 YEARS |
| STELARA | 6-9 YEARS |
| TRUVADA | < 5 YEARS |

5. Specialty drugs are typically expensive medications used to treat complex chronic conditions and often require special handling, administration or monitoring.
CVS specialty, Comprehensive Specialty Pharmacy Drug List

Relationship Between List Prices, Net Prices, and Growth in Pharmaceutical Spending ( 6 )

**EXHIBIT 6:** TOP 25 SINGLE-SOURCE MARKET DRUGS IN TERMS OF SPENDING IN 2015 –
RATE OF INCREASE FROM 2010 TO 2016

| DRUG (Brand Name) | DRUG GROUP | ANTICIPATED MARKET ENTRY OF GENERIC COMPETITION* (in Years) | ANNUAL UTILIZATION | ANNUAL UNIT PRICE | ANNUAL SPENDING | CUMULATIVE SPENDING 2010 – 2016 |
|---|---|---|---|---|---|---|
| Humira | Anti-Inflammatories | < 5[†] | 16% | 15% | 33% | 465% |
| Harvoni | Antivirals | 15 | New After 2010[‡] | | | |
| Enbrel | Anti-Inflammatories | 2 – 12[†,§] | 3% | 14% | 17% | 159% |
| Lantus | Antidiabetics | Basaglar[‖] (Brand Competitor) Launched Dec. 2016 | 9% | 13% | 23% | 250% |
| Copaxone | Neurological Agents | Generic for Copaxone 20 Launched Apr. 2015 < 5 years (Copaxone 40) | 2% | 11% | 13% | 111% |
| Novolog | Antidiabetics | < 5 | 15% | 14% | 32% | 421% |
| Rebif | Neurological Agents | < 5[†] | -7% | 14% | 6% | 42% |
| Tecfidera | Neurological Agents | 6 – 9 | New After 2010[‡] | | | |
| Advair | Antiasthmatic/ Bronchodialators | < 5 for Advair Diskus 6 – 9 for Advair HFA | -6% | 8% | 2% | 13% |
| Victoza | Antidiabetics | 6 – 9 | 39% | 12% | 56% | 1325% |
| Vyvanse | Stimulant | 6 – 9 | 16% | 10% | 28% | 337% |
| Januvia | Antidiabetics | < 5 | 6% | 12% | 18% | 176% |
| Lyrica | Anticonvulsants | < 5 | 2% | 16% | 19% | 182% |
| Atripla | Antivirals | < 5 | 5% | 8% | 14% | 115% |
| Somatropin[¶] | Endocrine/ Metabolic Agents | Several Approved Brand Products[‖] | 5% | 7% | 12% | 98% |
| Levemir | Antidiabetics | < 5 | 15% | 13% | 30% | 393% |
| Revlimid | Assorted Classes | < 5 | 15% | 6% | 22% | 231% |
| Sovaldi | Antivirals | > 10 | New After 2010[‡] | | | |
| Invokana | Antidiabetics | > 10 | New After 2010[‡] | | | |
| Gilenya | Neurological Agents | < 5 | 140% | 8% | 159% | 30230% |
| Humalog | Antidiabetics | < 5 | 0% | 14% | 14% | 118% |
| Stelara | Dermatologicals | 6 – 9[†] | 53% | 9% | 67% | 2074% |
| Truvada | Antivirals | < 5 | 22% | 7% | 31% | 397% |
| Zetia | Antihyperlipidemics | Generic launched Dec. 2016 | -4% | 17% | 12% | 100% |
| Xarelto | Anticoagulants | 6 – 9 | New After 2010[‡] | | | |

\* Launch dates are estimates only made by a combination of patent life remaining, additional exclusivity remaining and the outcome of patent litigation between manufacturers.

† These four drugs are biological drug products that requires a biosimilar replacement that is harder to produce than a typical generic. Biosimilars for Humira and Enbrel have already been approved by the FDA but launch has been delayed due to complexities of manufacturing, issues with interchangeability with the original innovator product, unknown market acceptance by prescribers and consumers and uncertain price savings, but far less than a typical generic.

‡ Drugs introduced after 2010 are not shown here because changes in their utilization and pricing are affected by new product "ramp up." We have provided the results for these drugs in Exhibit A1 in the Appendix.

§ The window for Enbrel is highly variable due to extended patents in 2011 and 2012 and current litigation.

‖ Basaglar and several brand Somatropin products approved through 505(b)(2) pathway, see bullet above.

¶ Brand names include Genotrope, Omnitrope, Norditropin and Humatrope.

Regulated to Death: State and Federal Policies on Generic Drugs Are Driving Prescription Drug Prices Higher   ( 7 )

# Generics Reduce Cost by Shifting Drug Use

The introduction of generics into the marketplace lowers overall drug cost for the particular drug. For example, the total spending of Lipitor (atorvastatin) and its generic alternatives declined 78 percent between 2011 and 2016 following the loss of Lipitor's exclusivity and the release of generic alternatives. Similarly, the total spending for Avapro (irbesartan) and its generics decreased 80 percent from 2011 to 2016. These large drops in cost are due to the rapid adoption of generics rather than price reductions among the brand drugs. Exhibit 7 illustrates this with data on two drugs (with four additional drugs in appendix Exhibit A2) for which generics were introduced into the market between 2011 and 2012. With remarkable consistency, generic drug prices initially start higher—though below the brand drug price—and then drop as more manufacturers bring a generic product to market. The brand-name manufacturers did not compete on price once generic competitors become available, and this large price disparity between the brand drug and its generic alternative causes consumers to switch rapidly to the generic, raising its share to 90 percent or more within a few years. The shift in use results in the dramatic drop in overall spending noted in the tables.

**EXHIBIT 7:** UNIT PRICES AND GENERIC SHARE BY YEAR OF SELECTED DRUGS



Unit Price of Lipitor (atorvastatin) and
Generic Alternatives – 2010 to 2016

Market Share of Generic Alternatives by Year and Number of Manufacturers of Generics[6]

|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|
| **GENERIC SHARE** | 0.0% | 8.0% | 88.4% | 96.3% | 98.0% | 98.8% | 99.3% |
| **MANUFACTURERS** |  | 2 | 11 | 14 | 16 | 16 | 15 |
| **SPENDING YEAR OVER YEAR** | – | 12% | –32% | –49% | –8% | –18% | –15% |

6. At least 100 prescriptions per year.

**EXHIBIT 7:** UNIT PRICES AND GENERIC SHARE BY YEAR OF SELECTED DRUGS (CONTINUED)



Unit Price of Avapro (irbesartan) and
Generic Alternatives – 2010 to 2016

Market Share of Generic Alternatives by Year and Number of Manufacturers of Generics[6]

|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|
| **GENERIC SHARE** | 0.0% | 0.0% | 66.0% | 95.4% | 97.2% | 98.3% | 98.9% |
| **MANUFACTURERS** | | | 7 | 13 | 13 | 11 | 11 |
| **SPENDING YEAR OVER YEAR** | – | 8% | –19% | –39% | –35% | –24% | –18% |

6. At least 100 prescriptions per year.

# CONCLUSION

Over the seven-year study period, a limited number of patent-protected prescription drugs have driven the entire year-over-year increase in drug costs. Generics have only managed to offset the cost growth of these patented drugs by taking an increasing share of total prescriptions. Despite generics accounting for 82 percent of all prescriptions in 2016, patented drugs account for 63 percent of total spending. This 63 percent share of spending is more than a two-fold increase over their share in 2010, and this rise shows no signs of leveling off. Moreover, if the expansion of generic share slows down or if the number of drugs qualifying for patent protection increases in the coming years, these cost trends could rise even faster.

BCBS companies help customers maximize their prescription coverage to get the drugs they need at the most affordable cost. For example, members are encouraged to use generic prescription medicines, mail-order delivery and home infusion, when available, and follow medication plans as prescribed by their doctors.

## METHODOLOGY NOTES

This is the twelfth study of the Blue Cross Blue Shield: The Health of America Report series, a collaboration between the Blue Cross Blue Shield Association and Blue Health Intelligence, which uses a market-leading claims database to uncover key trends and insights into healthcare affordability and access to care.

The report examines the medical claims of more than 30 million BCBS commercially-insured members per year (non-Medicare) and more than $208 billion in prescription spending from January 2010 through September 2016.[*] Unit prices were computed as the total cost of the prescription divided by the days supplied, or the average daily price of the prescription.

For more information and to read past reports, visit www.bcbs.com/healthofamerica.

* Only the first nine months of data were available for 2016. To create an estimate for the full year, the average difference in utilization and allowed spending between Oct. 1 through Dec. 31 and Jan. 1 through Sept. 30 in the six previous years were calculated and used to create an adjusted fourth quarter result. This was then added to the first nine months of 2016.

**BLUE CROSS BLUE SHIELD** | THE HEALTH OF AMERICA℠

All product names, logos and brands are property of their respective owners and used for identification purposes only. Use of these names, logos and brands does not imply endorsement.

# APPENDIX

## Exhibit A1: New Drugs After 2010 Among Patent-Only Drugs in Terms of Spending – 2014-2015

| Commercial Name | Drug Group | Year Released | 2014 to 2015 Increase - Utilization | 2014 to 2015 Increase - Unit Price | 2014 to 2015 Increase - Spend |
|---|---|---|---|---|---|
| Harvoni | Antivirals | 2014 | 765% | -1% | 751% |
| Tecfidera | Neurological Agents | 2013 | 15% | 9% | 25% |
| Sovaldi | Antivirals | 2013 | -66% | -1% | -66% |
| Invokana | Antidiabetics | 2013 | 95% | 14% | 123% |
| Xarelto | Anticoagulants | 2011 | 23% | 10% | 38% |

## Exhibit A2: Unit Prices and Generic Share by Year of Selected Drugs



### Unit Price of Singulair (montelukast) and Generic Alternatives – 2010 to 2016



#### Market Share of Generic Alternatives by Year and Number of Manufacturers of Generics[6]

|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|
| GENERIC SHARE | 0.0% | 0.0% | 41.1% | 98.3% | 99.0% | 99.3% | 99.5% |
| MANUFACTURERS |  |  | 13 | 18 | 21 | 24 | 25 |
| SPENDING YEAR OVER YEAR | – | 16% | –9% | –58% | –36% | –23% | –20% |



### Unit Price of Femara (letrozole) and Generic Alternatives – 2010 to 2016

#### Market Share of Generic Alternatives by Year and Number of Manufacturers of Generics[6]

|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|
| GENERIC SHARE | 0.0% | 58.3% | 94.8% | 96.8% | 98.1% | 98.8% | 99.0% |
| MANUFACTURERS |  | 8 | 10 | 8 | 8 | 8 | 7 |
| SPENDING YEAR OVER YEAR | – | –19% | –74% | –36% | –23% | –15% | –9% |



### Unit Price of Seroquel (quetiapine) and Generic Alternatives – 2010 to 2016

#### Market Share of Generic Alternatives by Year and Number of Manufacturers of Generics[6]

|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|
| GENERIC SHARE | 0.0% | 0.0% | 59.9% | 83.4% | 85.5% | 86.7% | 88.4% |
| MANUFACTURERS |  |  | 13 | 16 | 17 | 17 | 15 |
| SPENDING YEAR OVER YEAR | – | %16 | –32% | –30% | 0% | –3% | –9% |



### Unit Price of Lexopro (escitalopram) and Generic Alternatives – 2010 to 2016

#### Market Share of Generic Alternatives by Year and Number of Manufacturers of Generics[6]

|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|
| GENERIC SHARE | 0.0% | 0.0% | 77.4% | 96.9% | 98.0% | 98.6% | 99.0% |
| MANUFACTURERS | 0 | 0 | 9 | 17 | 20 | 22 | 25 |
| SPENDING YEAR OVER YEAR | – | 8% | –11% | –48% | –39% | –28% | –16% |

6. At least 100 prescriptions per year.