# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**BRIAN P. EGAN**
(302) 351-9454
began@mnat.com

Original Filing Date: April 3, 2019
Redacted Filing Date: April 4, 2019

The Honorable Leonard P. Stark
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DC 19801

*VIA ELECTRONIC FILING*
*& HAND DELIVERY*

REDACTED - PUBLIC VERSION

    Re:    *Cipla Ltd. et al. v. Amgen Inc. and Teva Pharms. USA, Inc.*, C.A. No. 19-44 (LPS)

Dear Chief Judge Stark:

    As you are aware, Amgen submitted five exhibits to the Court at yesterday's hearing. I enclose with this letter stamped and labeled copies of those exhibits, which the Court ordered the parties must treat as for Outside Counsel Only. These documents were produced to outside counsel for Cipla earlier today. Cipla has informed us that it does not object to the Court considering these documents.

    .

    Respectfully,

    */s/ Brian P. Egan*

    Brian P. Egan (#6227)

BPE/rah
Enclosures (via Hand Delivery)
cc:    Clerk of the Court (via hand delivery w/enclosures)
        All Counsel of Record (via electronic mail w/o enclosures)