

May 3, 2019

**Via E-Filing**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124, Unit 26
Wilmington, DE 19801-3556

    **RE:**    *Cipla Ltd., et al. v. Amgen Inc., et al.*,
              <u>C.A. No. 19-cv-44-LPS</u>

Dear Chief Judge Stark:

Plaintiffs Cipla Ltd. and Cipla USA, Inc. ("Cipla") submit this response to the Defendant Amgen Inc.'s Motion to Redact Memorandum Opinion (D.I. 189).

Cipla respectfully submits that the proposed redactions are not consistent with the requirement that a person reading the transcript would be able to understand the Court's reasoning. Therefore, in order to fully understand the Court's reasoning, Cipla respectfully submits that the Memorandum Opinion (D.I. 186) be made public without redaction.

We are available at the Court's convenience should Your Honor wish to discuss this matter further.

                                                           Respectfully submitted,

                                                           /s/ Michael J. Farnan

                                                           Michael J. Farnan

cc:      Counsel of Record (via E-File)