IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIPLA LTD. and CIPLA USA, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-44 (LPS) |
| | ) | |
| AMGEN INC. and | ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| AMGEN INC., | ) | |
| | ) | |
| Counterclaim-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CIPLA LTD. and CIPLA USA, INC., | ) | |
| | ) | |
| Counterclaim-Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF
AMENDED PLEADINGS AND RESPONSES THERETO**

The parties hereby agree, subject to the approval of the Court, that the proposed Scheduling Order (D.I. 208) be amended as follows:

1. The deadline for the parties to amend or supplement the pleadings is extended to July 31, 2019;

2. Plaintiffs Cipla Ltd. and Cipla USA, Inc. shall file a second amended complaint on July 31, 2019; and

3. Defendants Amgen Inc. and Teva Pharmaceuticals USA, Inc. shall answer or otherwise respond to the second amended complaint on September 16, 2019.

The parties further agree, subject to the approval of the Court, that the Court's May 14 Oral Order (D.I. 206) is VACATED-IN-PART to the extent it imposes a deadline of June 6, 2019,

for Defendants to answer or otherwise respond to the counts of the Amended Complaint (D.I. 73) as to which Defendants' obligation to answer or respond was deferred.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Michael J. Farnan* | /s/ *Jack B. Blumenfeld* |
| Sue L. Robinson (#100658) | Jack B. Blumenfeld (#1014) |
| Brian E. Farnan (#4089) | Brian P. Egan (#6227) |
| Michael J. Farnan (#5165) | 1201 North Market Street |
| 919 North Market Street, 12th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 777-0300 | (302) 658-9200 |
| srobinson@farnanlaw.com | jblumenfeld@mnat.com |
| bfarnan@farnanlaw.com | began@mnat.com |
| mfarnan@farnanlaw.com | *Attorneys for Defendant Amgen Inc.* |
| *Attorneys for Plaintiffs Cipla Ltd. and Cipla USA, Inc.* | |

SHAW KELLER, LLP

/s/ *Karen E. Keller*
Karen E. Keller (Bar No. 4489)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0708 (Telephone)
(302) 300-4026 (Facsimile)
kkeller@shawkeller.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

June 5, 2019

SO ORDERED, this ___ day of June, 2019.

_____
The Honorable Leonard P. Stark

2