**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CIPLA LTD. and CIPLA USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMGEN INC. and TEVA PHARMACEUTI-CALS USA, INC., <br><br> Defendants. | C.A. No.: 19-cv-44-LPS <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 10, 2019, a copy of Cipla Ltd., and Cipla USA, Inc.'s Response to Amgen's First Set of Requests for Production of Documents and Things was served on the following as indicated:

<u>Via E-Mail</u>
Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT
   & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
began@mnat.com

M. Sean Royall
Ashley E. Johnson
Jeffrey T. Thomas
Adam H. Offenhartz
Eric J. Stock
Kate Dominguez
GIBSON DUNN & CRUTCHER LLP
sroyall@gibsondunn.com
ajohnson@gibsondunn.com
jtthomas@gibsondunn.com
aoffenhartz@gibsondunn.com
estock@gibsondunn.com
kdominguez@gibsondunn.com
*Attorneys for Amgen Inc.*

Dated: July 10, 2019

Of Counsel:

James W. Dabney
Patrice P. Jean
Dina Hoffer
Deanne K. Cevasco
David E. Lansky
Lynn M. Russo
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6803
james.dabney@hugheshubbard.com
patrice.jean@hugheshubbard.com
dina.hoffer@hugheshubbard.com
deanne.cevasco@hugheshubbard.com
david.lansky@hugheshubbard.com
lynn.russo@hugheshubbard.com

Respectfully submitted,

FARNAN LLP

 /s/  Michael J. Farnan
Sue L. Robinson (Bar No. 100658)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street
12th Floor
Wilmington, DE  19801
(302) 777-0300 (Telephone)
(302) 777-0301 (Facsimile)
srobinson@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*