**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CIPLA LTD. and CIPLA USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMGEN INC. and TEVA PHARMACEUTI-CALS USA, INC., <br><br> Defendants. | C.A. No.: 19-cv-44-LPS <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 12, 2019, a copy of Plaintiffs' Rule 26(a)(1) Disclosures was served on the following as indicated:

<u>Via E-Mail</u>
Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT
   & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
began@mnat.com

M. Sean Royall
Ashley E. Johnson
Jeffrey T. Thomas
Adam H. Offenhartz
Eric J. Stock
Kate Dominguez
GIBSON DUNN & CRUTCHER LLP
sroyall@gibsondunn.com
ajohnson@gibsondunn.com
jtthomas@gibsondunn.com
aoffenhartz@gibsondunn.com
estock@gibsondunn.com
kdominguez@gibsondunn.com

*Attorneys for Amgen Inc.*

<u>Via E-Mail</u>
John W. Shaw
Karen E. Keller
David M. Fry
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com

Henninger S. Bullock
MAYER BROWN LLP
hbullock@mayerbrown.com

*Attorneys for Teva Pharmaceuticals USA, Inc.*

| | |
|---|---|
| Dated: July 12, 2019 | Respectfully submitted, |
| | FARNAN LLP |
| Of Counsel: | |
| | /s/ Michael J. Farnan |
| James W. Dabney | Sue L. Robinson (Bar No. 100658) |
| Patrice P. Jean | Brian E. Farnan (Bar No. 4089) |
| Dina Hoffer | Michael J. Farnan (Bar No. 5165) |
| Deanne K. Cevasco | 919 North Market Street |
| David E. Lansky | 12th Floor |
| Lynn M. Russo | Wilmington, DE  19801 |
| HUGHES HUBBARD & REED LLP | (302) 777-0300 (Telephone) |
| One Battery Park Plaza | (302) 777-0301 (Facsimile) |
| New York, NY 10004 | srobinson@farnanlaw.com |
| (212) 837-6803 | bfarnan@farnanlaw.com |
| james.dabney@hugheshubbard.com | mfarnan@farnanlaw.com |
| patrice.jean@hugheshubbard.com | |
| dina.hoffer@hugheshubbard.com | *Attorneys for Plaintiffs* |
| deanne.cevasco@hugheshubbard.com | |
| david.lansky@hugheshubbard.com | |
| lynn.russo@hugheshubbard.com | |