**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CIPLA LTD. and CIPLA USA, INC., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 19-44-LPS |
| AMGEN INC., and TEVA PHARMACEUTICALS USA, INC., | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Teva Pharmaceuticals USA, Inc.'s Rule 26(a)(1) Disclosures were caused to be served on July 12, 2019 upon the following in the manner indicated:

Sue L. Robinson, Esquire                                       *VIA ELECTRONIC MAIL*
Brian E. Farnan, Esquire
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Plaintiffs*


James W. Dabney, Esquire                                     *VIA ELECTRONIC MAIL*
Patrice P. Jean, Esquire
Dina Hoffer, Esquire
Deanne K. Cevasco, Esquire
David E. Lansky, Esquire
Lynn M. Russo, Esquire
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
*Attorneys for Plaintiffs*

| | |
|---|---|
| Ashley E. Johnson<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201-6912<br>*Attorneys for Defendant Amgen* | *VIA ELECTRONIC MAIL* |
| Eric J. Stock<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>*Attorneys for Defendant Amgen* | *VIA ELECTRONIC MAIL* |
| Brian P. Egan<br>Jack B. Blumenfeld<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>*Attorneys for Defendant Amgen* | *VIA ELECTRONIC MAIL* |

SHAW KELLER, LLP

*/s/* Karen E. Keller
Karen E. Keller (Bar No. 4489)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0708 (Telephone)
(302) 300-4026 (Facsimile)
kkeller@shawkeller.com

Of Counsel:

Henninger S. Bullock, Esq.
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
(212) 506 2528  (Telephone)
hbullock@mayerbrown.com

*Attorneys for Defendant Teva*