IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIPLA LTD. and CIPLA USA, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMGEN INC. and )<br>TEVA PHARMACEUTICALS USA, INC., )<br>)<br>Defendants. )<br>AMGEN INC., )<br>)<br>Counterclaim-Plaintiff, )<br>)<br>v. )<br>)<br>CIPLA LTD. and CIPLA USA, INC., )<br>)<br>Counterclaim-Defendants. ) | C.A. No. 19-44 (LPS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Amgen Inc.'s Second Set of Requests for Production of Documents and Things to Cipla Ltd. and Cipla USA, Inc.* were caused to be served on July 30, 2019 upon the following in the manner indicated:

Sue L. Robinson, Esquire                                                                                  *VIA ELECTRONIC MAIL*
Brian E. Farnan, Esquire
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Plaintiffs*

| | |
|---|---|
| James W. Dabney, Esquire<br>Patrice P. Jean, Esquire<br>Dina Hoffer, Esquire<br>Deanne K. Cevasco, Esquire<br>David E. Lansky, Esquire<br>Lynn M. Russo, Esquire<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY  10004<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Brian P. Egan* |
| OF COUNSEL:<br><br>M. Sean Royall<br>Ashley E. Johnson<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX  75201-6912<br>(214) 571-2900<br><br>Jeffrey T. Thomas<br>Adam H. Offenhartz<br>Eric J. Stock<br>Kate Dominguez<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166-0193<br>(212) 351-4000<br><br>July 30, 2019 | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>began@mnat.com<br><br>*Attorneys for Defendant Amgen Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 30, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Sue L. Robinson, Esquire<br>Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| James W. Dabney, Esquire<br>Patrice P. Jean, Esquire<br>Dina Hoffer, Esquire<br>Deanne K. Cevasco, Esquire<br>David E. Lansky, Esquire<br>Lynn M. Russo, Esquire<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)