IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | ) ) ) MDL No. 19-2895 (LPS) |
| CIPLA LTD. and CIPLA USA, INC., Plaintiffs, v. AMGEN INC. and TEVA PHARMACEUTICALS USA, INC., Defendants. | ) ) ) ) ) C.A. No. 19-44 (LPS) ) ) ) ) ) |
| AMGEN INC., Counterclaim-Plaintiff, v. CIPLA LTD. and CIPLA USA, INC., Counterclaim-Defendants. | ) ) ) ) ) ) ) ) |

**REVISED STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF RESPONSES TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

WHEREAS on June 5, 2019, the parties filed a Stipulation and [Proposed] Order Regarding Filing of Amended Pleadings and Responses Thereto (D.I. 215), which was So Ordered on June 12, 2019;

WHEREAS the June 5 Stipulation set forth that Plaintiffs Cipla Ltd. and Cipla USA, Inc. shall file a second amended complaint on July 31, 2019, and that Defendants Amgen Inc. and Teva Pharmaceuticals USA, Inc. shall answer or otherwise respond to the second amended complaint on September 16, 2019 (*Id.* at 1);

WHEREAS Plaintiffs chose to forego amending its pleadings on or before July 31, 2019, and the operative pleadings remain Plaintiffs' First Amended Complaint (D.I. 73);

WHEREAS Defendant Amgen Inc. filed a Partial Answer and Counterclaims to Cipla's First Amended Complaint on March 11, 2019 (D.I. 120), which answered Count I of the First Amended Complaint and noted that Counts II-V would be the subject of a forthcoming motion to dismiss; and

WHEREAS Plaintiffs answered Defendant Amgen Inc.'s counterclaims on March 21, 2019 (D.I. 162);

NOW, THEREFORE, the parties hereby agree and stipulate, subject to the approval of the Court, to amend their prior Stipulation and [Proposed] Order Regarding Filing of Amended Pleadings and Responses Thereto (D.I. 215, So Ordered 6/5/19) as follows:

Defendant Amgen Inc. shall answer or otherwise respond to Counts II-V of the First Amended Complaint on or before October 14, 2019; and

Defendant Teva Pharmaceuticals USA, Inc. shall answer or otherwise respond to the First Amended Complaint on or before October 14, 2019.

| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Michael J. Farnan* | */s/ Brian P. Egan* |
| Sue L. Robinson (#100658) | Jack B. Blumenfeld (#1014) |
| Brian E. Farnan (#4089) | Brian P. Egan (#6227) |
| Michael J. Farnan (#5165) | 1201 North Market Street |
| 919 North Market Street, 12th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 777-0300 | (302) 658-9200 |
| srobinson@farnanlaw.com | jblumenfeld@mnat.com |
| bfarnan@farnanlaw.com | began@mnat.com |
| mfarnan@farnanlaw.com | *Attorneys for Defendant Amgen Inc.* |
| *Attorneys for Plaintiffs Cipla Ltd. and Cipla USA, Inc.* | |

SHAW KELLER, LLP

*/s/ Karen E. Keller*
Karen E. Keller (#4489)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0708
kkeller@shawkeller.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

August 26, 2019

SO ORDERED, this ___ day of August, 2019.

_____
The Honorable Leonard P. Stark

3