IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | ) ) ) | MDL No. 19-2895 (LPS) |
| CIPLA LTD. and CIPLA USA, INC., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 19-44 (LPS) |
| AMGEN INC. and TEVA PHARMACEUTICALS USA, INC., | ) ) ) ) | |
| Defendants. | ) | |
| AMGEN INC., | ) ) | |
| Counterclaim-Plaintiff, | ) ) | |
| v. | ) ) | |
| CIPLA LTD. and CIPLA USA, INC., | ) ) | |
| Counterclaim-Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Amgen Inc.'s Responses and Objections to Cipla Ltd. and Cipla USA, Inc.'s Third Request for Production of Documents and Things* were caused to be served on October 15, 2019 upon the following in the manner indicated:

Sue L. Robinson, Esquire                                                                                          *VIA ELECTRONIC MAIL*
Brian E. Farnan, Esquire
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiffs*

James W. Dabney, Esquire                                                                VIA ELECTRONIC MAIL
Patrice P. Jean, Esquire
Dina Hoffer, Esquire
Deanne K. Cevasco, Esquire
David E. Lansky, Esquire
Lynn M. Russo, Esquire
Richard M. Koehl, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004
*Attorneys for Plaintiffs*

John W. Shaw, Esquire                                                                    VIA ELECTRONIC MAIL
Karen E. Keller, Esquire
David M. Fry, Esquire
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

Henninger S. Bullock, Esquire                                                            VIA ELECTRONIC MAIL
Richard A. Spehr, Esquire
Karen W. Lin, Esquire
Mayer Brown
1221 Avenue of the Americas
New York, NY  10020
(212) 506-2500
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

2

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Brian P. Egan* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Brian P. Egan (#6227) |
| M. Sean Royall | 1201 North Market Street |
| Ashley E. Johnson | P.O. Box 1347 |
| GIBSON, DUNN & CRUTCHER LLP | Wilmington, DE  19899 |
| 2001 Ross Avenue | (302) 658-9200 |
| Suite 2100 | jblumenfeld@mnat.com |
| Dallas, TX 75201 | began@mnat.com |
| (214) 571-2900 | |
| | *Attorneys for Defendant Amgen Inc.* |
| Jeffrey T. Thomas | |
| Adam H. Offenhartz | |
| Eric J. Stock | |
| Kate Dominguez | |
| GIBSON, DUNN & CRUTCHER LLP | |
| 200 Park Avenue | |
| New York, NY  10166-0193 | |
| (212) 351-4000 | |

October 15, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 15, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Sue L. Robinson, Esquire<br>Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| James W. Dabney, Esquire<br>Patrice P. Jean, Esquire<br>Dina Hoffer, Esquire<br>Deanne K. Cevasco, Esquire<br>David E. Lansky, Esquire<br>Lynn M. Russo, Esquire<br>Richard M. Koehl, Esquire<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY  10004<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>David M. Fry, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |

Henninger S. Bullock, Esquire *VIA ELECTRONIC MAIL*
Richard A. Spehr, Esquire
Karen W. Lin, Esquire
M<small>AYER</small> B<small>ROWN</small>
1221 Avenue of the Americas
New York, NY  10020
(212) 506-2500
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*


*/s/ Brian P. Egan*
_____
Brian P. Egan (#6227)