IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LIGATION | ) ) ) ) )   MDL No. 19-2895-LPS |
| CIPLA LTD. and CIPLA USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMGEN INC. and TEVA PHARMACEUTICALS USA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) )   C.A. No. 19-044-LPS ) ) ) ) |

## **DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 9(b), defendant Teva Pharmaceuticals USA, Inc. ("Teva") moves to dismiss all of the claims asserted against it by plaintiffs Cipla Ltd. and Cipla USA, Inc. The grounds for this motion are set forth in Teva's accompanying memorandum in support of its motion to dismiss, submitted herewith.

By:  */s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:
Henninger S. Bullock
Richard A. Spehr
Karen W. Lin
MAYER BROWN
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500

Dated: October 15, 2019