IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | ) ) ) MDL No. 19-2895 (LPS) |
| CIPLA LTD. and CIPLA USA, INC., Plaintiffs, v. AMGEN INC. and TEVA PHARMACEUTICALS USA, INC., Defendants. | ) ) ) ) ) ) C.A. No. 19-44 (LPS) ) ) ) ) ) ) |

**AMGEN INC.'S PARTIAL MOTION TO DISMISS CIPLA LTD. AND CIPLA USA INC.'S FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), defendant Amgen Inc. ("Amgen") moves to dismiss Counts 2-5 of Cipla Ltd. and Cipla USA Inc.'s First Amended Complaint (D.I. 73, C.A. No. 19-44-LPS). The grounds for this motion are set forth more fully in Amgen's Brief in Support of Its Partial Motion to Dismiss Cipla Ltd. and Cipla USA Inc.'s First Amended Complaint, submitted herewith.

<div style="display: flex;">

OF COUNSEL:

M. Sean Royall
Ashley E. Johnson
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Suite 2100
Dallas, TX 75201
(214) 571-2900

Eric J. Stock
Kate Dominguez
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
(212) 351-4000

October 15, 2019

</div>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*
_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

*Attorneys for Defendant Amgen Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 15, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Sue L. Robinson, Esquire<br>Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| James W. Dabney, Esquire<br>Patrice P. Jean, Esquire<br>Dina Hoffer, Esquire<br>Deanne K. Cevasco, Esquire<br>David E. Lansky, Esquire<br>Lynn M. Russo, Esquire<br>Richard M. Koehl, Esquire<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY  10004<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

/s/ *Brian P. Egan*

_____

Brian P. Egan (#6227)