IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LIGITATION | ) ) ) ) MDL No. 19-2895-LPS ) ) |
| CIPLA LTD. and CIPLA USA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>AMGEN INC. and TEVA PHARMACEUTICALS USA, INC., <br><br>Defendants. | ) ) ) ) ) ) ) C.A. No. 19-044-LPS ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 15, 2019, the following document was served on the persons listed below in the manner indicated:

1) Teva Pharmaceuticals USA, Inc.'s Responses and Objections to Cipla Ltd. and Cipla USA, Inc.'s Second Set of Requests for Production of Documents and Things

**BY EMAIL**

| | |
|---|---|
| James W. Dabney | Sue L. Robinson |
| Patrice P. Jean | Brian E. Farnan |
| Dina Hoffer | Michael J. Farnan |
| Deanne K. Cevasco | FARNAN LLP |
| David E. Lansky | 919 North Market Street,12th Floor |
| Lynn M. Russo | Wilmington, DE 19801 |
| Richard M. Koehl | srobinson@farnanlaw.com |
| HUGHES HUBBARD & REED LLP | bfarnan@farnanlaw.com |
| One Battery Park Plaza | mfarnan@farnanlaw.com |
| New York, NY 10004 | |
| james.dabney@hugheshubbard.com | |
| patrice.jean@hugheshubbard.com | |
| dina.hoffer@hugheshubbard.com | |

deanne.cevasco@hugheshubbard.com
david.lansky@hugheshubbard.com
lynn.russo@hugheshubbard.com
rivchard.koehl@hugheshubbard.com

Jack B. Blumenfeld
Brian P. Egan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302-351-9454
began@mnat.com

Ashley E. Johnson
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
ajohnson@gibsondunn.com

Eric J. Stock
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-013
estock@gibsondunn.com

OF COUNSEL:
Henninger S. Bullock
Richard A. Spehr
Karen W. Lin
MAYER BROWN
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

Dated: October 17, 2019