**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re Sensipar Antitrust Litigation | C.A. No. 19-md-2895-LPS <br><br> This document relates to: <br><br> C.A. No. 19-cv-44-LPS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on November 1, 2019, a copy of Cipla Ltd. and Cipla USA, Inc.'s Objections to Subpoena from Plaintiffs was served on the following as indicated:

Via E-Mail
Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT
   & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
began@mnat.com

M. Sean Royall
Ashley E. Johnson
Jeffrey T. Thomas
Adam H. Offenhartz
Eric J. Stock
Kate Dominguez
GIBSON DUNN & CRUTCHER LLP
sroyall@gibsondunn.com
ajohnson@gibsondunn.com
jtthomas@gibsondunn.com
aoffenhartz@gibsondunn.com
estock@gibsondunn.com
kdominguez@gibsondunn.com

*Attorneys for Amgen Inc.*

Via E-Mail
John W. Shaw
Karen E. Keller
David M. Fry
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com

Henninger S. Bullock
MAYER BROWN LLP
hbullock@mayerbrown.com

*Attorneys for Teva Pharmaceuticals USA, Inc.*

1

<u>Via E-Mail</u>
Ian Connor Bifferato
THE BIFFERATO FIRM, P.A.
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
cbifferato@tbf.legal

Gregory S. Asciolla
Jay L. Himes
Karin E. Garvey
Robin A. van der Meulen
Matthew J. Perez
Domenico Minerva
LABATON SUCHAROW LLP
gasciolla@labaton.com
jhimes@labaton.com
kgarvey@labaton.com

Brian P. Murray
Lee Albert
Gregory B. Linkh
GLANCY PRONGAY & MURRAY LLP
bmurray@glancylaw.com
lalbert@glancylaw.com
glinkh@glancylaw.com

Scott A. Martin
Irving Scher
Brent Landau
Melinda R. Coolidge
HAUSFELD LLP
smartin@hausfeld.com
ischer@hausfeld.com
blandau@hausfeld.com
mcoolidge@hausfeld.com

Roberta D. Liebenberg
Jeffrey S. Istvan
Paul Costa
Adam J. Pessin
FINE, KAPLAN AND BLACK, R.P.C.
rliebenberg@finekaplan.com
jistvan@finekaplan.com
pcosta@finekaplan.com
apessin@finekaplan.com

<u>Via E-Mail</u>
Robert J. Kriner, Jr.
Scott M. Tucker
Tiffany J. Cramer
Vera G. Belger
CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP
2711 Centerville Road Suite 201
Wilmington, DE 19808
rjk@chimicles.com
smt@chimicles.com
tjc@chimicles.com
vgb@chimicles.com

*Counsel for César Castillo, Inc. and KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.*

<u>Via E-Mail</u>
Linda P. Nussbaum
Bart D. Cohen
Peter Moran
NUSSBAUM LAW GROUP, P.C.
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com
pmoran@nussbaumpc.com

Thomas M. Sobol
Gregory T. Arnold
Bradley J. Vettraino
HAGENS BERMAN SOBOL SHAPIRO LLP
tom@hbsslaw.com
grega@hbsslaw.com
bradleyv@hbsslaw.com

Sharon K. Robertson
Donna M. Evans
COHEN MILSTEIN SELLERS & TOLL PLLC
srobertson@cohenmilstein.com
devans@cohenmilstein.com

John Radice
Daniel Rubenstein
Kenneth Pickle
RADICE LAW FIRM, P.C.

2

*Counsel for UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund, and Teamsters Local 237 Retirees' Benefit Fund*

<u>Via E-Mail</u>
Dianne M. Nast
Michael Tarringer
NastLaw LLC
dnast@nastlaw.com
mtarringer@nastlaw.com

Mike Roberts
Debra G. Josephson
Roberts Law Firm, P.A.
mikeroberts@robertslawfirm.us
debrajosephson@robertslawfirm.us

*Counsel for KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.*

jradice@radicelawfirm.com
drubenstein@radicelawfirm.com
kpickle@radicelawfirm.com

Jayne A. Goldstein
SHEPHERD FINKELMAN MILLER & SHAH LLP
jgoldstein@sfmslaw.com

Michael M. Buchman
Michelle C. Clerkin
MOTLEY RICE LLC
mbuchman@motleyrice.com
mclerkin@motleyrice.com

*Counsel for César Castillo, Inc.*

Dated: November 1, 2019

Of Counsel:

James W. Dabney
Patrice P. Jean
Dina Hoffer
Deanne K. Cevasco
David E. Lansky
Lynn M. Russo
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6803
james.dabney@hugheshubbard.com
patrice.jean@hugheshubbard.com
dina.hoffer@hugheshubbard.com
deanne.cevasco@hugheshubbard.com
david.lansky@hugheshubbard.com
lynn.russo@hugheshubbard.com

Respectfully submitted,

FARNAN LLP

 /s/  Michael J. Farnan
Sue L. Robinson (Bar No. 100658)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300 (Telephone)
(302) 777-0301 (Facsimile)
srobinson@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*