IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | ) ) ) MDL No. 19-2895 (LPS) |
| CIPLA LTD. and CIPLA USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMGEN INC. and TEVA PHARMACEUTICALS USA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 19-44 (LPS) ) ) ) ) ) |
| AMGEN INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> CIPLA LTD. and CIPLA USA, INC., <br><br> Counterclaim-Defendants. | ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Amgen Inc.'s Disclosures Pursuant to Paragraph 3 of the Default Standard for Discovery* were caused to be served on November 26, 2019, upon the following in the manner indicated:

Sue L. Robinson, Esquire                                                                                              *VIA ELECTRONIC MAIL*
Brian E. Farnan, Esquire
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiffs*

James W. Dabney, Esquire  VIA ELECTRONIC MAIL
Patrice P. Jean, Esquire
Dina Hoffer, Esquire
Deanne K. Cevasco, Esquire
David E. Lansky, Esquire
Lynn M. Russo, Esquire
Richard M. Koehl, Esquire
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY  10004
*Attorneys for Plaintiffs*

John W. Shaw, Esquire  VIA ELECTRONIC MAIL
Karen E. Keller, Esquire
David M. Fry, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

Henninger S. Bullock, Esquire  VIA ELECTRONIC MAIL
Richard A. Spehr, Esquire
Karen W. Lin, Esquire
MAYER BROWN
1221 Avenue of the Americas
New York, NY  10020
(212) 506-2500
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Brian P. Egan* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Brian P. Egan (#6227) |
| Ashley E. Johnson | 1201 North Market Street |
| GIBSON, DUNN & CRUTCHER LLP | P.O. Box 1347 |
| 2001 Ross Avenue | Wilmington, DE  19899 |
| Suite 2100 | (302) 658-9200 |
| Dallas, TX 75201 | jblumenfeld@mnat.com |
| (214) 571-2900 | began@mnat.com |
| | *Attorneys for Defendant Amgen Inc.* |
| Jeffrey T. Thomas | |
| Adam H. Offenhartz | |
| Eric J. Stock | |
| Kate Dominguez | |
| GIBSON, DUNN & CRUTCHER LLP | |
| 200 Park Avenue | |
| New York, NY  10166-0193 | |
| (212) 351-4000 | |

November 26, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 26, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Sue L. Robinson, Esquire<br>Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| James W. Dabney, Esquire<br>Patrice P. Jean, Esquire<br>Dina Hoffer, Esquire<br>Deanne K. Cevasco, Esquire<br>David E. Lansky, Esquire<br>Lynn M. Russo, Esquire<br>Richard M. Koehl, Esquire<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>David M. Fry, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |

2

Henninger S. Bullock, Esquire  VIA ELECTRONIC MAIL
Richard A. Spehr, Esquire
Karen W. Lin, Esquire
MAYER BROWN
1221 Avenue of the Americas
New York, NY  10020
(212) 506-2500
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

                                                                                                             */s/ Brian P. Egan*
                                                                                                Brian P. Egan (#6227)