IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | ) ) ) ) MDL No. 19-2895-LPS<br>**This document relates to all actions.** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 9, 2019, the following document was served on the persons listed below in the manner indicated:

1) Teva Pharmaceuticals USA Inc.'s Initial Disclosures

**BY EMAIL**

Robert J. Kriner, Jr.
Scott M. Tucker
Tiffany J. Cramer
Vera G. Belger
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
2711 Centerville Road, Suite 201
Wilmington, DE 19808
(302) 656-2500
rjk@chimicles.com
smt@chimicles.com
tjc@chimicles.com
vgb@chimicles.com

Benjamin F. Johns
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
361 W. Lancaster Avenue
Haverford, PA 19041
(610) 642-8500
bfj@chimicles.com

Linda P. Nussbaum
Bart D. Cohen
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas
40th Floor
New York, NY 10036
(917) 438-9189
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com

Thomas M. Sobol
Bradley J. Vettraino
HAGENS BERMAN
SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
(617) 482-3700
tom@hbsslaw.com
bradleyv@hbsslaw.com

| | |
|---|---|
| Sharon K. Robertson<br>Donna M. Evans<br>COHEN MILSTEIN SELLERS<br>  & TOLL PLLC<br>88 Pine Street, 14th Floor<br>New York, NY 10005<br>(212) 838-7797<br>srobertson@cohenmilstein.com<br>devans@cohenmilstein.com | John Radice<br>Daniel Rubenstein<br>Kenneth Pickle<br>RADICE LAW FIRM, P.C.<br>475 Wall Street<br>Princeton, NJ 08540<br>(646) 245-8502<br>jradice@radicelawfirm.com<br>drubenstein@radicelawfirm.com<br>kpickle@radicelawfirm.com |
| Shawn Raymond<br>SUSMAN GODFREY LLP<br>1000 Louisiana Suite 5100<br>Houston, TX 77002<br>(713) 653-7817<br>sraymond@susmangodfrey.com | Kalpana Srinivasan<br>SUSMAN GODFREY LLP<br>1900 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>(310) 789-3106<br>ksrinivasan@susmangodfrey.com |
| Michael M. Buchman<br>Michelle C. Clerkin<br>MOTLEY RICE LLC<br>777 Third Avenue, 27th Floor<br>New York, NY 10017<br>(212) 577-0050<br>mbuchman@motleyrice.com<br>mclerkin@motleyrice.com | Jayne A. Goldstein<br>SHEPHERD FINKELMAN MILLER & SHAH LLP<br>1625 N. Commerce Parkway<br>Suite 320<br>Ft. Lauderdale, FL 33326<br>(954) 515-0123<br>jgoldstein@sfmslaw.com |
| Michael L. Roberts<br>William R. Olson<br>Stephanie E. Smith<br>Debra Josephson<br>ROBERTS LAW FIRM, P.A.<br>20 Rahling Circle<br>Little Rock, AR 72223<br>(501) 821-5575<br>mikeroberts@robertslawfirm.us<br>williamolson@robertslawfirm.us<br>stephniesmith@robertslawfirm.us<br>debrajosephson@robertslawfirm.us | Daniel N. Gallucci<br>Michael S. Tarringer<br>NASTLAW LLC<br>1101 Market Street<br>Suite 2801<br>Philadelphia, PA 19107<br>(215) 923-9300<br>dgallucci@nastlaw.com<br>dgallucci@nastlaw.com |

|  |  |
|---|---|
| Ashley E. Johnson<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201-6912<br>(214) 698-3100<br>ajohnson@gibsondunn.com | Eric J. Stock<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 351-4000<br>estock@gibsondunn.com |

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:
Henninger S. Bullock
Richard A. Spehr
Karen W. Lin
MAYER BROWN
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500

Dated: December 10, 2019