IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | MDL No. 19-2895 (LPS) |
| THIS DOCUMENT RELATES TO: | C.A. No. 19-44 (LPS) |
| ALL DIRECT AND INDIRECT PURCHASER ACTONS | C.A. No. 19-396 (LPS) |
| | C.A. No. 19-1460 (LPS) |
| AND | C.A. No. 19-396 (LPS) |
| *Cipla Ltd. and Cipla USA, Inc. v. Amgen Inc. and Teva Pharmaceuticals USA, Inc.* | C.A. No. 19-1460 (LPS) |

**<u>DEFENDANT AMGEN INC.'S REQUEST FOR ORAL ARGUMENT</u>**

Pursuant to D. Del. L.R. 7.1.4, Defendant Amgen Inc. ("Amgen") respectfully requests oral argument on its Motions to Dismiss filed in each of the above-captioned actions, which are docketed in MDL No. 19-2895 (LPS) at D.I. 27, 30, and 34.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Eric J. Stock<br>Kate Dominguez<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 351-4000<br><br>Ashley E. Johnson<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue<br>Suite 2100<br>Dallas, TX 75201<br>(214) 698-3100<br>January 17, 2020 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Brian P. Egan*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>began@mnat.com<br><br>*Attorneys for Defendant Amgen, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 17, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Robert J. Kriner, Jr., Esquire<br>Scott M. Tucker, Esquire<br>Tiffany J. Cramer, Esquire<br>Vera Gerrit Belger, Esquire<br>CHIMICLES SCHWARTZ KRINER &<br>DONALDSON-SMITH LLP<br>2711 Centerville Road, Suite 201<br>Wilmington, DE 19808<br>*Attorneys for Plaintiffs César Castillo, Inc.,*<br>*KPH Healthcare Services, Inc., a/k/a Kinney*<br>*Drugs, Inc.* | *VIA ELECTRONIC MAIL* |
| William R. Olson, Esquire<br>Stephanie E. Smith, Esquire<br>Debra Josephson, Esquire<br>Michael L. Roberts, Esquire<br>Sarah E. DeLoach, Esquire<br>ROBERTS LAW FIRM, P.A.<br>20 Rahling Circle<br>Little Rock, AR 72223<br>*Attorneys for Plaintiffs César Castillo, Inc.,*<br>*KPH Healthcare Services, Inc., a/k/a Kinney*<br>*Drugs, Inc.* | *VIA ELECTRONIC MAIL* |
| Benjamin F. Johns, Esquire<br>CHIMICLES SCHWARTZ KRINER &<br>DONALDSON-SMITH LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>*Attorneys for Plaintiffs César Castillo, Inc.,*<br>*KPH Healthcare Services, Inc., a/k/a Kinney*<br>*Drugs, Inc.* | *VIA ELECTRONIC MAIL* |

Linda P. Nussbaum, Esquire *VIA ELECTRONIC MAIL*
Bart D. Cohen, Esquire
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY  10036
*Attorneys for Plaintiffs César Castillo, Inc.,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

Thomas M. Sobol, Esquire *VIA ELECTRONIC MAIL*
Bradley J. Vettraino, Esquire
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
*Attorneys for Plaintiffs César Castillo, Inc.,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

Sharon K. Robertson, Esquire *VIA ELECTRONIC MAIL*
Donna M. Evans, Esquire
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY  10005
*Attorneys for Plaintiffs César Castillo, Inc.,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

John Radice, Esquire *VIA ELECTRONIC MAIL*
Daniel Rubenstein, Esquire
Kenneth Pickle, Esquire
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ  08540
*Attorneys for Plaintiffs César Castillo, Inc.,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

Michael M. Buchman, Esquire *VIA ELECTRONIC MAIL*
Michelle C. Clerkin, Esquire
MOTLEY RICE LLC
777 Third Avenue, 27th Floor
New York, NY  10017
*Attorneys for Plaintiffs César Castillo, Inc.,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

Jayne A. Goldstein, Esquire                                                                 *VIA ELECTRONIC MAIL*
SHEPHERD FINKELMAN MILLER & SHAH LLP
1 625 North Commerce Parkway, Suite 320
Ft. Lauderdale, FL  33326
*Attorneys for Plaintiffs César Castillo, Inc.,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

Daniel N. Gallucci, Esquire                                                                 *VIA ELECTRONIC MAIL*
Michael S. Tarringer, Esquire
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA  19107
*Attorneys for Plaintiffs César Castillo, Inc.,*
*KPH Healthcare Services, Inc., a/k/a Kinney*
*Drugs, Inc.*

Ned Weinberger, Esquire                                                                     *VIA ELECTRONIC MAIL*
LABATON SUCHAROW LLP
300 Delaware Avenue, Suite 1340
Wilmington, DE  19801
*Attorneys for Plaintiffs UFCW Local 1500 Welfare*
*Fund, Teamsters Local 237 Welfare Fund and*
*Teamsters Local 237 Retirees' Benefit Fund*

Ian Connor Bifferato, Esquire                                                               *VIA ELECTRONIC MAIL*
THE BIFFERATO FIRM, P.A.
1007 North Orange Street, 4th Floor
Wilmington, DE  19801
*Attorneys for Plaintiffs UFCW Local 1500 Welfare*
*Fund, Teamsters Local 237 Welfare Fund and*
*Teamsters Local 237 Retirees' Benefit Fund*

Gregory S. Asciolla, Esquire                                                                *VIA ELECTRONIC MAIL*
Jay L. Himes, Esquire
Karin E. Garvey, Esquire
Robin A. van der Meulen, Esquire
Matthew J. Perez, Esquire
Domenico Minerva, Esquire
LABATON SUCHAROW LLP
140 Broadway
New York, NY  10005
*Attorneys for Plaintiffs UFCW Local 1500 Welfare*
*Fund, Teamsters Local 237 Welfare Fund and*
*Teamsters Local 237 Retirees' Benefit Fund*

| | |
|---|---|
| Scott A. Martin, Esquire<br>Irving Scher, Esquire<br>HAUSFELD LLP<br>33 Whitehall Street, 14th Floor<br>New York, NY  10004<br>*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund* | *VIA ELECTRONIC MAIL* |
| Brent Landau, Esquire<br>HAUSFELD LLP<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA  19106<br>*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund* | *VIA ELECTRONIC MAIL* |
| Melinda R. Coolidge, Esquire<br>HAUSFELD LLP<br>1700 K Street, NW, Suite 650<br>Washington, DC  20006<br>*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund* | *VIA ELECTRONIC MAIL* |
| Roberta D. Liebenberg, Esquire<br>Jeffrey S. Istvan, Esquire<br>Paul Costa, Esquire<br>Adam J. Pessin, Esquire<br>FINE, KAPLAN AND BLACK, R.P.C.<br>One South Broad Street, 23rd Floor<br>Philadelphia, PA  19107<br>*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund* | *VIA ELECTRONIC MAIL* |
| Brian P. Murray, Esquire<br>Lee Albert, Esquire<br>Gregory B. Linkh, Esquire<br>GLANCY PRONGAY & MURRAY LLP<br>230 Park Avenue, Suite 530<br>New York, NY 10169<br>*Attorneys for Plaintiffs UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Shaw Keller LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., and Actavis Pharma Inc.* | *VIA ELECTRONIC MAIL* |
| Henninger S. Bullock, Esquire<br>Karen W. Lin, Esquire<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1001<br>*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., and Actavis Pharma Inc.* | *VIA ELECTRONIC MAIL* |
| Sue L. Robinson, Esquire<br>Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| James W. Dabney, Esquire<br>Patrice P. Jean, Esquire<br>Dina Hoffer, Esquire<br>Deanne K. Cevasco, Esquire<br>David E. Lansky, Esquire<br>Lynn M. Russo, Esquire<br>Richard M. Koehl, Esquire<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

John W. Shaw, Esquire                                                                        *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
David M. Fry, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

Henninger S. Bullock, Esquire                                                            *VIA ELECTRONIC MAIL*
Richard A. Spehr, Esquire
Karen W. Lin, Esquire
MAYER BROWN
1221 Avenue of the Americas
New York, NY  10020
(212) 506-2500
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

                                                                        */s/ Brian P. Egan*
                                                                        _____
                                                                        Brian P. Egan (#6227)