IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | MDL No. 19-2895-LPS |
| THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT AND INDIRECT PURCHASER ACTIONS<br><br>AND<br><br>*Cipla Ltd. and Cipla USA, Inc. v. Amgen Inc. and Teva Pharmaceuticals USA, Inc.* | C.A. No. 19-396-LPS<br><br>C.A. No. 19-1460-LPS<br><br>C.A. No. 19-369-LPS<br><br>C.A. No. 19-1461-LPS<br><br>C.A. No. 19-44-LPS |

## **DEFENDANT TEVA'S REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. L.R. 7.1.4, Defendant Teva Pharmaceuticals USA, Inc. ("Teva") respectfully requests oral argument on its Motions to Dismiss filed in each of the above-captioned actions, which are docketed in MDL No. 19-2895-LPS at D.I. 25 and 31.

|  |  |
|---|---|
|  | */s/ Karen E. Keller*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor |
| OF COUNSEL:<br>Richard A. Spehr<br>Henninger S. Bullock<br>Karen W. Lin<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1001<br>(212) 506-2500 | Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* |

Dated: January 22, 2020

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on January 22, 2020, this document was served on the persons below in the manner indicated:

**BY EMAIL**

Robert J. Kriner, Jr.
Scott M. Tucker
Tiffany J. Cramer
Vera G. Belger
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
2711 Centerville Road, Suite 201
Wilmington, DE 19808
(302) 656-2500
rjk@chimicles.com
smt@chimicles.com
tjc@chimicles.com
vgb@chimicles.com

Benjamin F. Johns
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
361 W. Lancaster Avenue
Haverford, PA 19041
(610) 642-8500
bfj@chimicles.com

Linda P. Nussbaum
Bart D. Cohen
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas
40th Floor
New York, NY 10036
(917) 438-9189
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com

Thomas M. Sobol
Bradley J. Vettraino
HAGENS BERMAN
SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
(617) 482-3700
tom@hbsslaw.com
bradleyv@hbsslaw.com

Sharon K. Robertson
Donna M. Evans
COHEN MILSTEIN SELLERS
 & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
(212) 838-7797
srobertson@cohenmilstein.com
devans@cohenmilstein.com

John Radice
Daniel Rubenstein
Kenneth Pickle
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
(646) 245-8502
jradice@radicelawfirm.com
drubenstein@radicelawfirm.com
kpickle@radicelawfirm.com

Shawn Raymond
SUSMAN GODFREY LLP
1000 Louisiana Suite 5100
Houston, TX 77002
(713) 653-7817
sraymond@susmangodfrey.com

Michael M. Buchman
Michelle C. Clerkin
MOTLEY RICE LLC
777 Third Avenue, 27th Floor
New York, NY 10017
(212) 577-0050
mbuchman@motleyrice.com
mclerkin@motleyrice.com

Michael L. Roberts
William R. Olson
Stephanie E. Smith
Debra Josephson
Sarah E. DeLoach
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Little Rock, AR 72223
(501) 821-5575
mikeroberts@robertslawfirm.us
williamolson@robertslawfirm.us
stephniesmith@robertslawfirm.us
debrajosephson@robertslawfirm.us
sarahdeloach@robertslawfirm.us

Kalpana Srinivasan
SUSMAN GODFREY LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 789-3106
ksrinivasan@susmangodfrey.com

Jayne A. Goldstein
SHEPHERD FINKELMAN MILLER & SHAH LLP
1625 N. Commerce Parkway
Suite 320
Ft. Lauderdale, FL 33326
(954) 515-0123
jgoldstein@sfmslaw.com

Daniel N. Gallucci
Michael S. Tarringer
NASTLAW LLC
1101 Market Street
Suite 2801
Philadelphia, PA 19107
(215) 923-9300
dgallucci@nastlaw.com
dgallucci@nastlaw.com

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*