IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LIGITATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | )<br>)<br>)<br>) MDL No. 19-2895-LPS<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

Please take notice that attorney Karen Lin of Mayer Brown LLP hereby withdraws her appearance as counsel for Teva Pharmaceuticals USA, Inc. ("Teva"). Ms. Lin is no longer associated with Mayer Brown LLP as of February 29, 2020. Teva will continue to be represented by the remaining counsel of record.

OF COUNSEL:
Richard A. Spehr
Henninger S. Bullock
MAYER BROWN
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500

/s/ John W. Shaw
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

Dated: February 27, 2020