**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re Sensipar Antitrust Litigation | C.A. No. 19-md-2895-LPS <br><br> This document relates to: <br><br> C.A. No. 19-cv-44-LPS |

**PLAINTIFFS' NOTICE OF SUBPOENAS**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs Cipla Ltd. and Cipla USA Inc. will serve the attached subpoenas to produce documents, information, or objects, or to permit inspection of premises in a civil action on:

i. Accord Healthcare, Inc., attached as Exhibit 1;

ii. Ajanta Pharma USA Inc., attached as Exhibit 2;

iii. Ascend Laboratories, LLC, attached as Exhibit 3;

iv. Amneal Pharmaceuticals, Inc., attached as Exhibit 4;

v. Apotex Corp., attached as Exhibit 5;

vi. Aurobindo Pharma U.S.A., Inc., attached as Exhibit 6;

vii. Breckenridge Pharmaceutical Inc., attached as Exhibit 7;

viii. Dr. Reddy's Laboratories, Inc., attached as Exhibit 8;

ix. Heritage Pharmaceuticals Inc., attached as Exhibit 9;

x. Hetero USA Inc., attached as Exhibit 10;

xi. Lupin Pharmaceuticals, Inc., attached as Exhibit 11;

xii. Macleods Pharma USA, Inc., attached as Exhibit 12;

xiii. Micro Labs USA, Inc., attached as Exhibit 13;

xiv. Mylan Inc., attached as Exhibit 14;

xv. Slate Run Pharmaceuticals, LLC, attached as Exhibit 15;

    xvi.    Strides Pharma, Inc., attached as Exhibit 16;

    xvii.    Sun Pharmaceutical Industries, Inc., attached as Exhibit 17;

    xviii.    Torrent Pharma Inc., attached as Exhibit 18; and

    xix.    Zydus Pharmaceuticals (USA) Inc., attached as Exhibit 19.

| | |
|---|---|
| Dated: March 10, 2020 | Respectfully submitted, |
| | FARNAN LLP |
| Of Counsel: | |
| | /s/ Michael J. Farnan |
| James W. Dabney | Sue L. Robinson (Bar No. 100658) |
| Patrice P. Jean | Brian E. Farnan (Bar No. 4089) |
| Dina Hoffer | Michael J. Farnan (Bar No. 5165) |
| Deanne K. Cevasco | 919 North Market Street |
| David E. Lansky | 12th Floor |
| Lynn M. Russo | Wilmington, DE  19801 |
| HUGHES HUBBARD & REED LLP | (302) 777-0300 (Telephone) |
| One Battery Park Plaza | (302) 777-0301 (Facsimile) |
| New York, NY 10004 | srobinson@farnanlaw.com |
| (212) 837-6803 | bfarnan@farnanlaw.com |
| james.dabney@hugheshubbard.com | mfarnan@farnanlaw.com |
| patrice.jean@hugheshubbard.com | |
| dina.hoffer@hugheshubbard.com | *Attorneys for Plaintiffs* |
| deanne.cevasco@hugheshubbard.com | |
| david.lansky@hugheshubbard.com | |
| lynn.russo@hugheshubbard.com | |