# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIPLA LTD. AND CIPLA USA, INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMGEN INC. AND TEVA PHARM, USA, INC.,<br><br>　　　　　　　　Defendants. | Civil Action No. 19-044-LPS |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document,

**THIRD PARTY ASCEND LABORATORIES, LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS**

were served upon the attorneys listed below on this 24th day of March, 2020 prior to 6:00 p.m. EST:

<u>VIA ELECTRONIC MAIL</u>
Sue L. Robinson
Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
srobinson@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

<u>VIA ELECTRONIC MAIL and U.S. MAIL</u>
David Lansky
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
david.lansky@hugheshubbard.com

*Attorneys for Plaintiffs*

<u>VIA ELECTRONIC MAIL</u>
James Dabney
Patrice Jean
Dina Hoffer
Deanne Cevasco
Lynn Russo
Richard Koehl
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
james.dabney@hugheshubbard.com
patrice.jean@hugheshubbard.com
dina.hoffer@hugheshubbard.com
deanne.cevasco@hugheshubbard.com
lynn.russo@hugheshubbard.com
richard.koehl@hugheshubbard.com

*Attorneys for Plaintiffs*

Dated: March 24, 2020

| | |
|---|---|
| Stephen R. Auten |   /s/ Kenneth L. Dorsney |
| Roshan P. Shrestha, Ph.D. | Kenneth L. Dorsney (#3726 |
| TAFT STETTINIUS & HOLLISTER LLP | MORRIS JAMES LLP |
| 111 East Wacker Drive | 500 Delaware Avenue, Suite 1500 |
| Suite 2800 | Wilmington, DE 19801 |
| Chicago, IL 60601 | (302) 888-6800 |
| 312-527-4000 | kdorsney@morrisjames.com |
| sauten@taftlaw.com | |
| rshrestha@taftlaw.com | *Attorneys for Third Party* |
| | *Ascend Laboratories LLC* |