IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LIGITATION | MDL No. 19-2895-LPS |
| CIPLA LTD. and CIPLA USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMGEN INC. and TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendants. | C.A. No. 19-044-LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 24, 2020, the following document was served on the persons listed below in the manner indicated:

1) Teva's Responses and Objections to Plaintiffs' Third Request for Production of Documents and Things

**BY EMAIL**

James W. Dabney
Patrice P. Jean
Deanne K. Cevasco
David E. Lansky
Richard M. Koehl
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
james.dabney@hugheshubbard.com
patrice.jean@hugheshubbard.com
deanne.cevasco@hugheshubbard.com
david.lansky@hugheshubbard.com
richard.koehl@hugheshubbard.com

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street,12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

| | |
|---|---|
| Jack B. Blumenfeld<br>Brian P. Egan<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>302-351-9454<br>jblumenfeld@mnat.com<br>began@mnat.com | Eric J. Stock<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-013<br>estock@gibsondunn.com<br><br>Ashley E. Johnson<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>ajohnson@gibsondunn.com |
| | */s/ Karen E. Keller*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>David M. Fry (No. 5486)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for Defendant Teva*<br>*Pharmaceuticals USA, Inc.* |
| OF COUNSEL:<br>Henninger S. Bullock<br>Niketa K. Patel<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1001<br>(212) 506-2500 | |

Dated: June 29, 2020